## CLEARY GOTTLIEB STEEN & HAMILTON LLP

NEW YORK

PARIS

BRUSSELS

LONDON

FRANKFURT

COLOGNE

MOSCOW

2000 Pennsylvania Avenue, NW
Washington, DC 20006-180
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

D: +1 202 974 1690
dgelfand@cgsh.com



ROME

MILAN

HONG KONG

BEIJING

BUENOS AIRES

SÃO PAULO

ABU DHABI

SEOUL

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: ___11/29/17___

September 22, 2017

**BY HAND**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:  NYU Hospitals Center v. League of Voluntary Hospitals and Homes of New York, *et. al*, No. 17-cv-4465 (S.D.N.Y)**

Dear Judge Marrero:

      We are counsel to Plaintiff NYU Hospitals Center ("NYU Hospital") in the above-captioned action.  As we indicated in our September 20 letter to the Court, pursuant to the stipulated briefing schedule so-ordered by the Court, Dkt. No. 26, and consistent with the Court's September 20 order, Dkt. No. 48, earlier today we served the defendants with NYU Hospital's responses to the defendants' pre-motion letters, Dkt. Nos. 38-41, as well as an Amended Complaint that we believe resolves any potential issue raised by the defendants.  Pursuant to Your Honor's Individual Practices Rule II.B.1, please find enclosed a copy of each response letter, as well as the Amended Complaint.  We believe the case would benefit from a conference to obtain the Court's guidance on next steps.

Respectfully submitted,

*David I. Gelfand   /JEA*

David I. Gelfand

Attorneys for Plaintiff
NYU Hospitals Center

> The Clerk of Court is directed to enter into the public record
> of this action the letter above submitted to the Court by
> ~~Plaintiff~~
>
> **SO ORDERED.**
>
> 11-29-17          _____
> DATE              VICTOR MARRERO, U.S.D.J.

cc:  All counsel of record (via email)

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.